

# Fourth Court of Appeals
## San Antonio, Texas

November 13, 2019

No. 04-19-00411-CR

Shandon **KHABAZIAN,**
Appellant

v.

**STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR8957
The Honorable Jennifer Pena, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to file brief is hereby GRANTED. The appellant's brief is due by November 15, 2019.

Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of November, 2019.

MICHAEL A. CRUZ,
Clerk of Court